DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL ADAMS,**
Appellant,

v.

**PASCALE ACHILLE,** et al.
Appellees.

No. 4D2025-2160

[August 6, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. 062024CA014382AXXXCE.

Daniel Adams, Sneads, pro se.

Colin Tillinghast Hayes, Assistant General Counsel, Office of the General Counsel, Broward County Sheriff's Office, Fort Lauderdale, for appellee Lieutenant Quentin Marion.

James Uthmeier, Attorney General, Tallahassee, and Walter Dale Miller, Senior Assistant Attorney General, Fort Lauderdale, for appellees Harold Pryor and Pascale Achille.

PER CURIAM.

*Affirmed.*

MAY, GERBER and SHAW, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***